**FILED**

NOV 05 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEERIN SHEMIRAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.: 3:18-cv-0090-BEN-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[Doc. 40]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly move to dismiss this action with prejudice. The motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Date: November 05, 2019

HON. ROGER T. BENITEZ
United States District Judge